UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

               Plaintiff,

v.                                        Case No. 2:16-mj-25
                                        HON. TIMOTHY P. GREELEY

JOSE LUIS MACIEL-GARCIA,

               Defendant.

_____/

## ORDER OF DETENTION

Defendant appeared before the undersigned on December 22, 2016, for an initial appearance on the complaint charging defendant with Possession of Falsely Made I-551 Alien Resident Card.  The government requested detention and advised there is an immigration detainer currently on defendant.

Defendant shall be detained pending further proceedings.

IT IS SO ORDERED.

                         _/s/ Timothy P. Greeley_____
                         TIMOTHY P. GREELEY
                         UNITED STATES MAGISTRATE JUDGE

Dated: December 22, 2016